

# Fourth Court of Appeals

## San Antonio, Texas

May 1, 2015

No. 04-15-00153-CV

Tina M. Allen **SOUZA**,
Appellant

v.

Heather Clement **TESSMER**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15319
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

In this accelerated appeal, Appellant's brief was due to be filed with this court on April 27, 2015. On the due date, Appellant filed a first motion for extension of time to file Appellant's brief until May 27, 2015, or in the alternative, May 18, 2015—for an extension of twenty days.

Appellant's motion for a twenty-day extension of time is GRANTED. Appellant's brief is due on May 18, 2015. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2015.

_____
Keith E. Hottle
Clerk of Court